IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **COURTNEY JAMAL JACKSON,**<br><br>    Plaintiff,<br><br>v.<br><br>**CALVIN ORR AND TYLER WESTLAKE[1],**<br><br>    Defendant. | Civil Action No. 7:13-CV-42 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 16) in which he recommends that Defendants' Pre-Answer Motion to Dismiss (Doc. 11) be granted. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Defendants' Pre-Answer Motion to Dismiss is granted.

**SO ORDERED**, this the 30th day of December, 2013.

   */s/ Hugh Lawson*
   **HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] The Clerk of Court is directed to update the docket to reflect Defendant Westlake's proper name.